### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hostetter, Robert C | Case Number:  05 B 36070 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 10/22/08 | Filed:  9/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  October 16, 2008

Confirmed:  December 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 39,525.00 | |
| Secured: | | 2,846.79 |
| Unsecured: | | 34,514.38 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,163.83 |
| Other Funds: | | 0.00 |
| Totals: | 39,525.00 | 39,525.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | H-F Credit Union | Secured | 0.00 | 0.00 |
| 4. | H-F Credit Union | Secured | 2,846.79 | 2,846.79 |
| 5. | Resurgent Capital Services | Unsecured | 1,742.28 | 4,601.85 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,596.09 | 4,217.01 |
| 7. | Resurgent Capital Services | Unsecured | 820.54 | 2,167.93 |
| 8. | ECast Settlement Corp | Unsecured | 737.48 | 1,948.44 |
| 9. | ECast Settlement Corp | Unsecured | 716.62 | 1,893.36 |
| 10. | American Express | Unsecured | 1,500.33 | 3,963.99 |
| 11. | ECast Settlement Corp | Unsecured | 997.39 | 2,635.17 |
| 12. | Resurgent Capital Services | Unsecured | 1,131.27 | 2,988.94 |
| 13. | Discover Financial Services | Unsecured | 1,038.50 | 2,743.80 |
| 14. | Portfolio Recovery Associates | Unsecured | 1,359.49 | 3,591.88 |
| 15. | Resurgent Capital Services | Unsecured | 1,424.40 | 3,762.01 |
| 16. | Charter One Bank | Secured | | No Claim Filed |
| 17. | Bank Of America | Unsecured | | No Claim Filed |
| 18. | Chase Manhattan | Unsecured | | No Claim Filed |
| 19. | H-F Credit Union | Unsecured | | No Claim Filed |
| | | | $ 15,911.18 | $ 37,361.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hostetter, Robert C

Printed: 10/22/08

Case Number:  05 B 36070
Judge:  Goldgar, A. Benjamin
Filed:  9/8/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 547.78 |
| 5% | 164.26 |
| 4.8% | 315.35 |
| 5.4% | 709.46 |
| 6.5% | 426.98 |
| | $ 2,163.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

